UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HEATHER ELAINE KEATING,<br><br>  Defendant. | No. CR23-048-JHC<br><br>ORDER EXTENDING SELF-SURRENDER DATE |

THIS COURT has reviewed Heather Keating's motion to extend her self-surrender date along with the records in this case. Dkt. # 80. For the reasons stated therein, the Court GRANTS the motion.

IT IS ORDERED that the date by which Heather Keating is to report to the Bureau of Prisons is extended to April 7, 2025.

DATED this 17th day of March 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND SELF-SURRENDER DATE
(*United States v. Keating*, CR23-048-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100